Byron Cooper, Bar No. 166578
Email: bcooper@teklaw.co
TEKLAW
380 Hamilton Ave. #1278
Palo Alto, California 94302
Telephone: (650) 283-4244

*Attorney for Defendant*
*Xsens North America Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACTICAL AIR SUPPORT, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>VS.<br><br>XSENS NORTH AMERICA INC., a Delaware Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. 2:20-CV-2851<br><br>**NOTICE OF REMOVAL (28 USC § 1446).** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES; PLAINTIFF, TACTICAL AIR SUPPORT, INC., AND ITS ATTORNEYS OF RECORD:

Defendant, XSENS NORTH AMERICA INC, through its attorney of record, hereby provides notice of removal of this case from the Superior Court of the State of California, in and for the County of Los Angeles to this Court. This removal is based on the following grounds:

On the twenty-fifth day of February, 2020, an action was commenced by plaintiff, Tactical Air Support, Inc. ("TAS" or "plaintiff"), against defendant, Xsens North America Inc. ("XSENS" or "defendant"), in the Superior Court of the State of California in and for the County of Los Angeles, entitled " TACTICAL AIR SUPPORT, INC., a Nevada Corporation, plaintiff v. XSENS NORTH AMERICA INC., a Delaware Corporation; and DOES 1 through 10, Inclusive, Defendants." bearing Los Angeles Superior Court Case No. 20STCV07197, by filing a complaint for Negligent Misrepresentation; Breach Of Warranty; Breach Of Contract; Negligent Interference With Prospective Economic Relations; And Violations Of California's Unfair Competition Law. A copy of the complaint is attached as Exhibit 1 and incorporated by reference.

Defendant filed a proof of service of the complaint on February 26, 2020, alleging service on that date by CT Corporation enclosing the Summons, Notice, Proof, Complaint, and Exhibits with a cover letter addressed to Hernie Chong, Xsens North America Inc., Pantheon 6A, Enschede 7521 PR. The cover letter was dated February 26, 2020.

The complaint alleges plaintiff TAS is, and was at all relevant times, a Nevada corporation with its headquarters and principal place of business in Reno, Nevada. A copy of the Nevada corporation status of TAS is attached as Exhibit 2 and

incorporated by reference. Exhibit 2 demonstrates that TAS is, as alleged in plaintiff's complaint, a Nevada corporation with its principal place of business located in the State of Nevada. Defendant requests that this Court take judicial notice of plaintiff TAS' Nevada corporation status pursuant to Rule 201 (b)(1)-(2) of the Federal Rules of Evidence.

A copy of defendant XSENS's California foreign corporate status is attached as Exhibit 3 and incorporated by reference. Exhibit 3 demonstrates that defendant XSENS is, as alleged in plaintiff's complaint, a Delaware corporation doing business in the State of California. Defendant requests that this Court take judicial notice of defendant XSENS' California foreign corporation status pursuant to Rule 201 (b)(1)-(2) of the Federal Rules of Evidence.

Paragraph 25 of plaintiff's complaint alleges that plaintiff paid XSENS a total of $40,549.56 for its devices and related hardware. Paragraphs 39 and 40 of plaintiff's complaint alleges the failure of XSENS' devices and the consequential need for plaintiff to locate and purchase a different device resulted in at least a six month delay in the production of plaintiff's F-5 AT aircraft, and because of the delay in production, plaintiff incurred a $1,664,570.80 penalty from the U.S. Navy.

Paragraphs 58, 68, and 74, of plaintiff's first, second and third causes of action state that, by reason of the facts alleged in those claims, plaintiff has suffered losses including, but not limited to: loss of the purchase price for the devices; monetary losses resulting from the delay in the production of the F-5 AT; and lost profits from having to locate and purchase a different device that could provide the necessary data. In paragraph 80 of the fourth cause of action, plaintiff alleges that it has lost a significant part of the economic benefits it reasonably expected from its ongoing relationships with the U.S. Navy and the U.S. Air Force. These damage allegations are included in the first paragraph of the prayer to plaintiff's complaint.

By reason of the foregoing, the above-described action is a civil action which may be removed to this Court by defendant XSENS pursuant to the provisions of

28 USC §1441(a) and 28 USC § 1332, because this action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

    On the date specified below, a copy of this notice is being served on plaintiff's attorney and a copy of this notice is being filed with the clerk of the Superior Court for the State of California, County of Los Angeles.

    No other defendants have been served by plaintiff and therefore are not required to join in this notice of removal.

Dated:  March 26, 2020.                      TEKLAW

                                        By:  /s/ Byron Cooper
                                              Byron Cooper

                                      Attorney for Defendant
                                      Xsens North America Inc.